**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELIQUE CAMP RAMSKOG and
AIDAN COTTON,

Plaintiffs,

Case No. 6:26-cv-01788 AGM-RMN

v.

PARKS AUTOMOTIVE GROUP, INC.,
d/b/a PARKS TOYOTA OF DELAND,
and GLOBAL LENDING SERVICES
LLC,

Defendants.
_______________________________________/

**PLAINTIFFS' NOTICE OF DESIGNATION OF LEAD COUNSEL**

Plaintiffs ANGELIQUE CAMP RAMSKOG and AIDAN COTTON, pursuant to Local Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, hereby designate the following attorney as lead counsel for Plaintiffs in this action:

**Joshua E. Feygin, Esq.**
Florida Bar No. 124685
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 228-5674
Email: Josh@sueyourdealer.com

As lead counsel, Mr. Feygin is the lawyer responsible to the Court and to the other parties for the conduct of this action, including scheduling. *See* M.D. Fla. Local Rule 1.01(d)(9). Mr. Feygin is an active member in good standing of The Florida Bar and is admitted to practice before this Court.

Only one lead counsel is designated. Unless Plaintiffs change this designation in accordance with Local Rule 2.02(a), Mr. Feygin will remain lead counsel throughout this action.

Respectfully submitted,

/s/ Joshua E. Feygin

Joshua E. Feygin, Esq.
Florida Bar No. 124685
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 228-5674
Email: Josh@sueyourdealer.com
**Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Defendants have not yet appeared in this action; a copy of the foregoing will be served on each Defendant

together with the summons and Complaint in accordance with Federal Rule of Civil Procedure 4.

/s/ Joshua E. Feygin
Joshua E. Feygin, Esq.