**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELIQUE CAMP RAMSKOG and
AIDAN COTTON,

Plaintiffs,

v. Case No. 6:26-cv-01788-AGM-RMN

PARKS AUTOMOTIVE GROUP, INC.,
d/b/a PARKS TOYOTA OF DELAND,
and GLOBAL LENDING SERVICES LLC,

Defendants.
_______________________________________/

**PLAINTIFFS' DISCLOSURE STATEMENT**
**(Fed. R. Civ. P. 7.1 and M.D. Fla. Local Rule 3.03)**

Plaintiffs ANGELIQUE CAMP RAMSKOG and AIDAN COTTON, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 of the Local Rules of the United States District Court for the Middle District of Florida, submit the following disclosure statement:

1. **Nongovernmental corporate party — Fed. R. Civ. P. 7.1(a)(1).** Neither Plaintiff is a nongovernmental corporate party. Each Plaintiff is a natural person. Accordingly, there is no parent corporation, and no publicly held corporation owning ten percent or more of any stock, to be disclosed.

2. **Diversity jurisdiction — Fed. R. Civ. P. 7.1(a)(2).** Jurisdiction in this action is not based on 28 U.S.C. § 1332(a) or § 1332(d). Plaintiffs invoke this Court's federal question jurisdiction under 28 U.S.C. § 1331 and its supplemental jurisdiction under 28 U.S.C. § 1367. No disclosure of attributed citizenship is therefore required. For informational purposes only, each Plaintiff is a citizen of the State of Alabama.

3. **Persons and entities with an interest in the outcome.** The following persons, associations, firms, partnerships, and corporations may have an interest in the outcome of this action:

a. Angelique Camp Ramskog — Plaintiff.
b. Aidan Cotton — Plaintiff.
c. Parks Automotive Group, Inc., d/b/a Parks Toyota of DeLand — Defendant.
d. Global Lending Services LLC — Defendant; holder and assignee of the Retail Installment Sale Contract.
e. Joshua E. Feygin, Esq., and Sue Your Dealer – A Law Firm — counsel for Plaintiffs.
f. Cecily L. Kaffer, Esq., and The Kullman Firm — counsel who represented Plaintiffs in pre-suit proceedings.
g. J. Gregory Humphries, Esq., and Shutts & Bowen LLP — counsel who represented Defendant Parks Automotive Group, Inc. in pre-suit proceedings.

4. **Entities with publicly traded securities.** Plaintiffs are not aware of any entity with publicly traded shares, stock, equity, or debt that may be substantially affected by the outcome of this proceeding.

5. **Bankruptcy proceedings.** This is not a bankruptcy proceeding. There is no debtor, creditors' committee member, or other likely active participant to be identified.

6. **Criminal proceedings.** This is not a criminal proceeding. There is no victim, individual or corporate, entitled to restitution.

7. **Certification regarding conflicts.** The undersigned certifies that he is unaware of any actual or potential conflict of interest involving the district judge or magistrate judge assigned to this action, and further certifies that he will immediately notify the Court in writing, and in no event later than fourteen days after learning of any such conflict, should one arise.

8. **Continuing obligation.** Plaintiffs acknowledge the continuing obligation under Federal Rule of Civil Procedure 7.1(b)(2) and Local Rule 3.03 to file promptly a supplemental disclosure statement upon any change in the information required by this statement.

Respectfully submitted,

*/s/ Joshua E. Feygin*

Joshua E. Feygin, Esq.
Florida Bar No. 124685
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 228-5674
Email: Josh@sueyourdealer.com
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Defendants have not yet appeared in this action; a copy of the foregoing will be served on each Defendant together with the summons and Complaint in accordance with Federal Rule of Civil Procedure 4.

*/s/ Joshua E. Feygin*

Joshua E. Feygin, Esq.