**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELIQUE CAMP RAMSKOG and
AIDAN COTTON,

Plaintiffs,

v. Case No. 6:26-cv-01788-AGM-RMN

PARKS AUTOMOTIVE GROUP, INC.,
d/b/a PARKS TOYOTA OF DELAND,
and GLOBAL LENDING SERVICES LLC,

Defendants.
_______________________________________/

**PLAINTIFFS' CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING**

Plaintiffs, ANGELIQUE CAMP RAMSKOG and AIDAN COTTON, by and through undersigned counsel, pursuant to the Court's *Standing Order Requiring Disclosure of Third-Party Litigation Funding* entered August 20, 2026 (Doc. 10), hereby file this Certification of No Third-Party Litigation Funding and state as follows:

1. I have reviewed the *Standing Order Requiring Disclosure of Third-Party Litigation Funding*. After diligent inquiry, I certify that ANGELIQUE CAMP RAMSKOG has not received any third-party litigation funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

2. I have reviewed the *Standing Order Requiring Disclosure of Third-Party Litigation Funding*. After diligent inquiry, I certify that AIDAN COTTON has not received any third-party litigation funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

3. The diligent inquiry described above included conferring directly and specifically with each Plaintiff. No non-party person or entity has funded or arranged to fund any portion of Plaintiffs' attorney's fees or expenses related to this action, whether by grant, direct payment to Plaintiffs or to counsel, or otherwise. No agreement exists under which medical treatment has been or may be rendered to either Plaintiff with the understanding that the bill will be paid from the proceeds of this litigation.

4. Undersigned counsel understands and acknowledges the continuing duty to confer with Plaintiffs and to supplement this filing, and will file any required supplemental disclosure within seven days of the date any third-party litigation funding becomes known to either Plaintiff or to counsel.

Respectfully submitted,

/s/ Joshua E. Feygin

Joshua E. Feygin, Esq.
Florida Bar No. 124685
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan Street, Suite 205

Hollywood, Florida 33021
Telephone: (954) 228-5674
Email: Josh@sueyourdealer.com
**Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. Because Defendants have not yet appeared in this action, a copy of the foregoing will be served together with the Summons and Complaint pursuant to Fed. R. Civ. P. 4.

/s/ Joshua E. Feygin
Joshua E. Feygin, Esq.