# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:26-CV-1788

Plaintiff: **ANGELIQUE CAMP RAMSKOG and AIDAN COTTON, Each an Individual,**
vs.
Defendant: **PARKS AUTOMOTIVE GROUP, INC., d/b/a PARKS TOYOTA OF DELAND, and GLOBAL LENDING SERVICES LLC.**

KDY2026045971

For:
JOSHUA FEYGIN, PLLC
1930 HARRISON ST.
STE 208F
HOLLYWOOD, FL 33020

Received by WILLIAM RISER on the 28th day of August, 2026 at 4:41 pm to be served on **GLOBAL LENDING SERVICES LLC C/O COGENCY GLOBAL INC, 115 NORTH CALHOUN ST, SUITE 4, TALLAHASSEE, FL 32301**

I, WILLIAM RISER, do hereby affirm that on the **31st day of August, 2026** at **12:15 pm, I:**

Served Corporate the within named Corporation / Limited Liability Company / Limited Liability Partnership / Limited Partnership by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me to Delijah Showers, Designated Representative of the Registered Agent, who stated they have been designated by the Registered Agent to accept service for the within named Corporation / Limited Liability Company / Limited Liability Partnership / Limited Partnership. Served pursuant to Florida Statute 48.091(3)(4). Service was accepted at the office of the Registered Agent, 115 N Calhoun St, Tallahassee, FL 32301.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: Black, Height: 6'0", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**WILLIAM RISER**
288

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 727-4363**

Our Job Serial Number: KDY-2026045971

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e