# AFFIDAVIT OF SERVICE

**State of Florida** **County of Middle** **District Court**

Case Number: 6:26-CV-1788

Plaintiff: **Angelique Camp Ramskog and Aidan Cotton,**
vs.
Defendant: **Parks Automotive Group, Inc., d/b/a Parks Toyota of Deland, and Global Lending Services, LLC,**

For:
Joshua Feygin, Esquire
Sue Your Dealer - A Law Firm
1930 Harrison Street
Suite 208F
Hollywood, FL 33020

Received by DANIEL R. WARD on the 1st day of September, 2026 at 10:11 am to be served on **Parks Automotive Group, Inc. d/b/a Parks Toyota of Deland c/o: Corporation Company of Orlando, 300 South Orange Avenue, Suite 1600, Orlando, FL 32801.**

I, DANIEL R. WARD, being duly sworn, depose and say that on the **2nd day of September, 2026** at **11:00 am, I:**

**CORPORATE:** served by delivering a true copy of the **Summons with a Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Michael Gore** as **Partner** at **300 South Orange Avenue, Suite 1600, Orlando, FL 32801**, for above Corporation, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Male
White
6'2"
275 lbs
Gray hair
Glasses
64 years old

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which process was served/non-served.

Sworn to or affirmed and signed before me on the 3rd day of September, 2026 by means of physical presence, by the affiant who is personally known to me.

Ashley Taylor
NOTARY PUBLIC

ASHLEY TAYLOR
MY COMMISSION # HH513413
EXPIRES: May 12, 2028

Daniel Ward
**DANIEL R. WARD**
#0132

**SERVING JUSTICE**
**P.O. BOX 1670**
**FORT MYERS, FL 33901**
**(239) 313-6740**

Our Job Serial Number: HCT-2026031176
Ref: 31176

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

**09/02/2026**
**11:00 AM**
**DW**
**PS#0132**

ANGELIQUE CAMP RAMSKOG and
AIDAN COTTON,
Each an Individual,

*Plaintiff(s)*

v.

PARKS AUTOMOTIVE GROUP, INC.,
d/b/a PARKS TOYOTA OF DELAND,
and GLOBAL LENDING SERVICES LLC.

*Defendant(s)*

Civil Action No. 6:26-cv-1788

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARKS AUTOMOTIVE GROUP, INC.,
d/b/a PARKS TOYOTA OF DELAND
C/o: CORPORATION COMPANY OF ORLANDO
300 South Orange Avenue
Suite 1600
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SUE YOUR DEALER - A LAW FIRM
4601 SHERIDAN STREET
SUITE 205
HOLLYWOOD, FL 33021
P: 954.228.5674
F: 954.697.0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JulissaSoto

Date: August 17, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-1788

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: