**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELIQUE CAMP RAMSKOG and AIDAN COTTON,

Plaintiffs,

v.

PARKS AUTOMOTIVE GROUP, INC., d/b/a PARKS TOYOTA OF DELAND, and GLOBAL LENDING SERVICES, LLC,

Defendants.

Case No.: 6:26-cv-01788-AGM-RMN

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew J. Borello, of the law firm Holland & Knight LLP hereby appear as counsel of record for Defendant, Global Lending Services LLC, and request that they be provided with copies of all pleadings filed in this matter.

Dated: September 21, 2026.

**Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

**HOLLAND & KNIGHT LLP**

*/s/ Matthew J. Borello*
R. Carter Burgess
Florida Bar No. 58298
carter.burgess@hklaw.com
kathleen.griffith@hklaw.com
Matthew J. Borello
Florida Bar No. 1017934
Matt.borello@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Attorney for Defendant,*
*Global Lending Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September, 2026, a true and correct copy of the above and foregoing has been furnished via CM/ECF to all counsel of record.

*/s/ Matthew J. Borello*
Attorney